## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

In re:

**Andrei Leon Gill, Sr.,**

**Chapter 7**

**Debtor.**

**Bankruptcy No.
12-33419**

---

### UNITED STATES TRUSTEE'S NOTICE OF HEARING AND
### MOTION TO APPROVE SETTLEMENT OF DISMISSAL OF CHAPTER 7 CASE WITH PREJUDICE

---

COMES NOW the United States Trustee through his undersigned attorney, Colin Kreuziger, and moves the Bankruptcy Court to approve the following In support of his motion, he states the following:

1.       The Court will hold a hearing on this motion at 11:30 a.m. on December 4, 2012, before the United States Bankruptcy Court, Courtroom 2A, U.S. Courthouse, 316 N. Robert St. Saint Paul, Minnesota.

2.       Any response to this motion must be filed and delivered not later than November 29, 2012, which is five days before the time set for the hearing.   Local Bankruptcy Rule 9006-1. UNLESS A RESPONSE OPPOSING THE MOTION IS TIMELY FILED, THE COURT MAY GRANT THE MOTION WITHOUT A HEARING.

3.       This motion is filed pursuant to Fed. R. Bankr. P. 2002(a) and 9014, and Local Bankruptcy Rule 5005-1.   The Court has jurisdiction over this motion pursuant to 28 U.S.C. §§ 1334 and 157(a), Fed. R. Bankr. P. 5005, and Local Rule 1070-1.   This proceeding is a core proceeding.   The debtor filed a chapter 7 petition on June 5, 2012.   The United States Trustee now requests that the Court approve the attached stipulation of dismissal of chapter 7 case with prejudice, pursuant to 11 U.S.C. § 707(a).   (See Ex. 1.)

4.     The Bankruptcy Code provides:   "The court may dismiss a case under this chapter only after notice and a hearing and only for cause."   11 U.S.C. § 707(a).   Fed. R. Bankr. P. 2002(a) provides that, in a chapter 7 case, the debtor, the trustee and all creditors are entitled to at least 21 days' notice of "the hearing on the dismissal of the case."

5.     The proposed stipulation of dismissal of chapter 7 case with prejudice sets forth the underlying facts.   The stipulation resolves anticipated litigation without further proceedings. In addition, it relieves the debtor of the burden of appearing for a Rule 2004 examination and complying with the United States Trustee's subpoena *duces tecum*.   The stipulation is in the best interest of creditors because the debtor will not receive a discharge of his debts, and creditors will be able to resume collection efforts, if they choose, upon dismissal of this case.   The United States Trustee believes that the stipulation constitutes ample cause to dismiss this bankruptcy case.   In addition, on information and belief, Christensen Law Office, PLLC, which filed an adversary proceeding against the debtor, has no objection to the proposed stipulation.   This motion and the accompanying stipulation have been served on the debtor, the chapter 7 trustee, and all creditors. Under these circumstances, it is appropriate to grant the motion to approve the settlement and dismiss this case with prejudice.

WHEREFORE, the United States Trustee requests that the Bankruptcy Court approve the stipulation of dismissal with prejudice and enter the proposed order filed with the Court.


Dated:                                                      November 8, 2012
                                                                  DANIEL M. MCDERMOTT,
                                                            UNITED STATES TRUSTEE
                                                            Region 12

                                                             /e/ Colin Kreuziger
                                                            Colin Kreuziger
                                                            Trial Attorney
                                                            MN Atty # 0386834
                                                            Office of the United States Trustee
                                                            1015 U.S. Courthouse
                                                            300 South Fourth Street

EXHIBIT 1

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

In re:

Andrei Leon Gill, Sr.,                                                    **Chapter 7**

        **Debtor.**                                    **Bankruptcy No. 12-33419**

---

### STIPULATION OF DISMISSAL OF CHAPTER 7 CASE WITH PREJUDICE

---

The debtor and the United States Trustee, enter into the following stipulation:

### <u>RECITALS</u>

1.     The debtor filed a voluntary chapter 7 petition on June 5, 2012.

2.     On August 27, 2012, Christensen Law Office, PLLC filed an adversary complaint against the debtor.   The complaint alleges that the debtor received $98,497.61 from Darlla Gravdal, a vulnerable adult, in March of 2006.   In addition, the complaint alleges that Mr. Gill received $99,100 when he refinanced the property located at 4328 Irving Avenue North in June of 2007.

3.     The United States Trustee filed a motion to extend time to object to discharge and file motion to dismiss on September 4, 2012.   The United States Trustee filed an application to examine the debtor pursuant to Fed. R. Bankr. P. 2004 on September 13, 2012.   The Court approved the application on September 14, 2012.   On September 18, 2012, the Court issued an order extending the deadline for the United States Trustee to object to discharge and file a motion to dismiss to November 5, 2012.

4.     The United States Trustee issued a subpoena *duces tecum* in connection with a Rule 2004 examination that was scheduled for October 16, 2012.   The debtor requested additional time to comply with the subpoena *duces tecum*.   The debtor and the United States

1

Trustee agreed that the Rule 2004 examination could be rescheduled to a later date.   On

October 18, 2012, the parties filed a stipulation to extend time to object to discharge and

file motion to dismiss.   On October 19, 2012, the Court entered an order extending the

deadline for the United States Trustee to object to discharge and file a motion to dismiss

to December 5, 2012.

5.      The parties seek to avoid further litigation related to the United States Trustee's

investigation of the debtor's financial affairs, including actions pursuant to § 727(a) or

§ 707(a) and (b).   In addition, the debtor seeks to avoid appearing for a Rule 2004

examination and producing documents pursuant to the subpoena *duces tecum* served by

the United States Trustee.   The parties have entered into the following agreement, which

the parties believe is fair and reasonable.

## <u>AGREEMENT</u>

The parties agree:

1.      That this case shall be dismissed upon the granting of a motion to approve this stipulation

of dismissal of chapter 7 case with prejudice.

2.      That the debtor shall not file another chapter 7 bankruptcy petition for one year following

the entry of the order dismissing this case.

Dated:   November 8, 2012

The Law Office of Rosalind R. Sullivan          DANIEL M. MCDERMOTT,
                                                UNITED STATES TRUSTEE
                                                Region 12


/e/ Rosalind R. Sullivan                          /e/ Colin Kreuziger
Rosalind R. Sullivan, Atty No. 0305753          Colin Kreuziger, MN Atty. No. 0386834
1022 Oliver Ave N                               Trial Attorney
Minneapolis, MN 55411                           Office of the United States Trustee
**ATTORNEYS FOR DEBTOR**                        1015 U.S. Courthouse
                                                300 South Fourth Street
                                                Minneapolis, MN 55415
                                                (612) 334-1350

Minneapolis, MN 55415
(612) 334-1350

**VERIFICATION**

I, Colin Kreuziger, trial attorney for the United States Trustee, the movant named in the foregoing motion, declare under penalty of perjury that the foregoing is true and correct according to the best of my knowledge, information and belief.

Executed on:    November 8, 2012

Signed:/e/ Colin Kreuziger
Colin Kreuziger
Trial Attorney

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

In re:

**Andrei Leon Gill, Sr.,**

                                          **Chapter 7**

        **Debtor.**

                                      **Bankruptcy No.**
                                      **12-33419**

---

### MEMORANDUM OF LAW

---

The United States Trustee through his undersigned attorney, Colin Kreuziger, files this Memorandum of Law in support of his motion to approve stipulation of dismissal of chapter 7 case with prejudice.

The Bankruptcy Code provides: "The court may dismiss a case under this chapter only after notice and a hearing and only for cause." 11 U.S.C. § 707(a). Fed. R. Bankr. P. 2002(a) provides that, in a chapter 7 case, the debtor, the trustee and all creditors are entitled to at least 21 days' notice of "the hearing on the dismissal of the case."

As discussed in the motion accompanying this memorandum, the proposed stipulation of dismissal of chapter 7 case with prejudice sets forth the underlying facts. The stipulation resolves anticipated litigation without further proceedings. It represents a reasonable compromise between the United States Trustee, who believes that an objection to the debtor's discharge pursuant to 11 U.S.C. § 727(a) would be successful, and the debtor, who seeks to avoid such litigation. In addition, the stipulation relieves the debtor of the burden of appearing for a Rule 2004 examination and complying with the United States Trustee's subpoena *duces tecum*. The stipulation is in the best interest of creditors because the debtor will not receive a discharge of his debts, and creditors will be able to resume collection efforts if they choose upon dismissal of this

5

case.   The United States Trustee believes that the stipulation constitutes ample cause to dismiss

this bankruptcy case.   In addition, on information and belief, Christensen Law Office, PLLC,

which filed an adversary proceeding against the debtor, has no objection to the proposed

stipulation.   This motion and the accompanying stipulation have been properly served on the

debtor, the chapter 7 trustee, and all creditors, in compliance with Fed. R. Bankr. P. 2002.   Under

these circumstances, it is appropriate to grant the motion to approve the settlement and dismiss this

case with prejudice.


Dated:                                                     November 8, 2012
                                                                  DANIEL M. MCDERMOTT
                                                           UNITED STATES TRUSTEE
                                                           Region 12

                                                            /e/ Colin Kreuziger
                                                           Colin Kreuziger
                                                           Trial Attorney
                                                           MN Atty # 0386834
                                                           Office of the United States Trustee
                                                           1015 U.S. Courthouse
                                                           300 South Fourth Street
                                                           Minneapolis, MN 55415
                                                           (612) 334-1350

6

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

**In re:**

**Andrei Leon Gill, Sr.,**

                                               **Chapter 7**

         **Debtor.**

                                      **Bankruptcy No.**
                                  **12-33419**

---

## UNSWORN CERTIFICATE OF SERVICE

---

The undersigned states under penalty of perjury that on November 8, 2012, she electronically filed the United States Trustee's Notice of Hearing and Motion to Approve Stipulation of Dismissal of Chapter 7 Case with Prejudice, Exhibits, Verification, Memorandum of Law, and proposed Order, thereby causing electronic service on the debtor's counsel and the chapter 7 trustee.   She also served the following entities by first class mail postage prepaid to the addresses listed below:

**Addressee(s):**

Andrei Leon Gill, Sr.
P.O. 11863
Minneapolis, MN 55411

Stewart Title Guaranty Company
c/o Brian W. Varland
Coleman, Hull & van Vliet, PLLP
8500 Normandale Lake Blvd, Suite 2110
Minneapolis, MN   55437

ASC
P.O. Box 10388
Des Moines IA 50368

AT&T
P.O. Box 8212
Aurora IL 60572-8212

ATG Credit LLC
PO Box 14895
Chicago IL 60614

Allied American Credit, LLC
P.O. Box 3766
Spokane WA 99220-3766

America's Lending Group
6713 Colfax Ave
Minneapolis MN 55430

America's Lending Group, Inc.
6713 Colfax Ave N
Minneapolis MN 55430

America's Lending Group, Inc.
6713 Colfax Ave N
Minneapolis MN 55430-1515

American Accounts and Advisers
7460 80th Street S
Cottage Grove MN 55016

American Express
P.O. Box 0001
Los Angeles CA 90096

Americas Lending

Appraisals by Zora
52602 190th Place
McGregor MN 55760

Arrow Financial
5996 West Touhy Ave
Niles IL 60714

Bank of America
P.O. Box 15726
Wilmington DE 19886-5726

Bank of America
PO Box 15710
Wilmington DE 19886

Bank of America Card Services
P.O. Box 982234
El Paso TX 79998-2234

Biehl and Biehl, Inc.
325 East Fullerton Avenue
Carol Stream IL 60188

Bottled Culligan Water Condi
9399 West Hagens Road Ste 1100
Rosemount IL 60018

Bradley Arant Boult Cummings
Roundabout Plaza
1600 Division Street,Suite 700
Nashville TN 37203

CARL E CHRISTENSEN ESQ
800 WASHINGTON AVE N SUITE 704
MINNEAPOLIS, MN 55401

CORPORATE RECEIVABLES INC
3003 N CENTRAL AVE STE 320
PHOENIX AR 85012

Carl E. Christensen, Esq.
1422 W. Lake Street, Ste. 216
Minneapolis MN 55408

CenterPoint Energy, Inc.
P.O. Box 4671
Houston TX 77210-4671

Centerpoint Energy
P.O. Box 1144
Minneapolis MN 55440

Central Credit Services, Inc.
P.O. Box 15118
Jacksonville FL 32239-5118

Christine Rice
1424 25th Ave N

Citibank-Home Depot Credit
P.O. Box 6028
The Lakes NV 88901-6028

Citibank-Sears Card
P.O. Box 6283
Sioux Falls SD 57117

City of Minneapolis
250 South 4th Street
Minneapolis MN 55415

Comcast
1500 Market Street
Philadelphia PA 19102

Como Law Firm PA
PO Box 130668
Saint Paul MN 55113

Corporate Receiveables Inc.
PO Box 32995
Phoenix AZ 85064

Cottrell Law Firm
2315 Waters Drive
Mendota Heights MN 55120-1163

Creditone, LLC
P.O. Box 605
Metairie LA 70004-0605

Crutchfield Dermatology
1185 Town Centre Drive Suite
Suite 101
Eagan MN 55123

Darla E. Gravdal
4328 Irving Ave N
Minneapolis MN 55412

Darla Gravdal/Carl Christensen
4328 irving Avenue North
Minneapolis MN 55412

David W. Olson, Esq.
P.O. Box 240417
Apple Valley MN 55124

Deandrea A. Gill
89 Century Ave Apt 223
Saint Paul MN 55119

Dex Media
1001 Winstead Drive
Cary NC 27513

Discover Financial Services
P.O. Box 30943
Salt Lake City UT 84130-0943

Diversified Adjustment Service
P.O. Box 32145
Minneapolis MN 55432

ERS Solutions, Inc.
P.O. Box 9004
Renton WA 98057

Encore Receivables Management
400 North Rogers Road
Olathe KS 66062

FIA Card Services
PO Box 15019
Wilmington DE 19850

First Collection Services
10925 Otter Creek E. Blvd
Mabelvale AR 72103

GE Money Bank-JC Penney
P.O. Box 960090
Orlando FL 32896-0090

HSBC Bank Nevada NA
PO Box 4160
Carol Stream IL 60197

HSBC Bank Nevada NA - Menards
PO Box 4160
Carol Stream IL 60197

HSBC Business Solutions
PO Box 5219
Carol Stream IL 60197-5219

Hennepin County District Court
300 South 6th Street
Minneapolis MN 55487

Home Depot Credit Services
PO Box 6029
The Lakes NV 88901

JP MORGAN CHASE
C/O CORPORATE TRUST CENTER
1209 ORANGE STREET
WILMINGTON, DE 19801

JP Morgan Chase
6731 Colfax
Minneapolis MN 55430

LDC COLLECTION SYSTEMS
3131 PRINCETON PIKE
TRENTON NJ 08648

LDC Collections Systems
PO Box 4967
Trenton NJ 08650-4967

LTD Financial Services LP
7322 Southwest Freeway
Suite 1600
Houston TX 77074

MCM
P.O. Box 60578
Los Angeles CA 90060-0578

MENARDS
4777 MENARD DR
EAU CLAIRE WI 54703

Malacko Law Office
PO Box 135
Cottage Grove MN 55016

Menards
6800 Wayzata Boulevard
Minneapolis MN 55426

Messerli & Kramer, P.A.
3033 Campus Drive #250
Minneapolis MN 55411

Municipal Collection Services,
PO Box 666
Lansing IL 60438

NCO Financial
507 Preduential Road
Horsham PA 19044

NCO Financial Systems, Inc.
507 Prudential Road
Horsham PA 19044

Northpoint Health & Wellness
P.O. Box 86
Minneapolis MN 55486-0086

Office Max
263 Shuman Blvd.
Naperville IL 60563

Orion's Management Group
PO Box 25208
Anaheim CA 92825

Peterson, Fram and Bergman, PA
55 East Fifth St., Suite 800
Saint Paul MN 55101

Portfolio Recovery Associates
P.O. Box 12914
Norfolk VA 23541

Primary Financial Services
3115 N 3rd Avenue, Suite 112
Phoenix AZ 85013

ProConsulting Services Inc.
PO Box 66768
Houston TX 77266

Professional Recovery Services
P.O. Box 1880
Voorhees NJ 08043

Progressive Financial Services
P.O. Box 22083
Tempe AZ 85285

Qwest Communications
1801 California Street
Denver CO 80202

RJM Acquisitions LLC
575 Underhill Blvd, Suite 224
Syosset NY 11791-3416

Rausch, Strum, Israel, Enerson
3209 W. 76th Street, Suite 301
Minneapolis MN 55435

Regency Credit LLC
1403 W. 10th Place, Ste B-110
Tempe AZ 85281

SLM EDUCATION CREDIT FINANCE
PO BOX 9500
WILKES-BAR, PA 18773-9500

SLM Education Credit Finance
20 Hemingway Drive
Riverside RI 02915

Sallie Mae Inc.
P.O. Box 9532
Wilkes Barre PA 18773

Security Credit Services, LLC
2653 West Oxford Loop
Oxford MS 38655

Select Portfolio Services
P.O. Bpx 65250
Salt Lake City UT 84165

Shapiro & Zielke, LLP
12550 West Frontage Road
Suite 200
Burnsville MN 55337

Southwest Credit
4120 International Parkway
Suite 100
Carrollton TX 75007

Spire Federal Credit Union
2025 Larpenteur Avenue West
Falcon Heights MN 55113

Spire Federal Credit Union
2025 Larpenteur Ave W
Falcon Heights MN

Spire Federal Credit Union
PO Box 130670
Saint Paul MN 55113

Sprint
6391 Spint Parkway
Overland Park KS 66251

Star Tribune
425 Portland Avenue
Minneapolis MN 55488

Stenger & Stenger
4095 Embasssy Drive SE Ste A
Grand Rapids MI 49546

Sunrise Credit Services, Inc.
P.O. Bo 9100
Farmingdale NY 11735-9100

Tate & Kirlin Associates
2810 Southhampton Road
Philadelphia PA 19154

Troy Averyheart
1424 25th Ave N
Minneapolis MN 55411

Twin City Co-op FCU
2025 Larpenter Avenue West
Saint Paul MN 55113

Twin City Co-op FCU
P.O. Box 130670
Saint Paul MN 55113

U.S. Federal Credit Union
1400 Riverwood Drive
Burnsville MN 55337

VILLAGE OF HAZEL CREST
300 WEST 170TH PLACE
HAZEL CREST, IL 60429

Vanderbilt Mortgage & Finance
P.O. Box 742533
Cincinnati OH 45274-2533

Village of Hazel Crest Illinoi
PO Box 1022
Wixom MI 48393-1022

Wells Fargo Bank
P.O. Box 29746
Phoenix AZ 85038-3471

Wells Fargo Bank Business
420 Montgomery Street
San Francisco CA 94104

Wells Fargo Bank N.A.
P.O. Box 9210
Des Moines IA 50306

Wells Fargo Bank NA
100 North Main St, D4001-040
Winston Salem NC 27101

West Asset Management
7171 Mercy Road
Omaha NE 68106

World Wide Funding
6713 Colfax Ave N
Minneapolis MN 55430-1515

World Wide Management

Worldwide Funding & Investment
6731 Colfax Ave N
Minneapolis MN 55430

Xcel Energy
P.O. Box 9477
Minneapolis MN 55484-9477

Andrei Leon Gill Sr.
P.O. 11863
Minneapolis, MN   55411

Michael J Iannacone
8687 Eagle Point Blvd
Lake Elmo, MN   55042

Rosalind R. Sullivan
The Law Office of Rosslind R. Sullivan
1022 Oliver Ave N
Minneapolis, MN   55411

/e/ Audrey Williams
**Office of the United States Trustee**
**Audrey Williams**

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

In re:

**Andrei Leon Gill, Sr.,**

**Chapter 7**

**Debtor.**

**Bankruptcy No.**
**12-33419**

---

### ORDER

---

The debtor and the United States Trustee have entered into a Stipulation of Dismissal of

Chapter 7 Case with Prejudice.   Based on the stipulation,

IT IS ORDERED:

1.     The Stipulation of Dismissal with Prejudice is approved.

2.     This case shall be dismissed.

3.     The debtor shall not file another chapter 7 bankruptcy petition for one year following the

entry of this order.

Dated:                                    _____

Gregory F. Kishel
Chief United States Bankruptcy Judge