## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

**In re:**

**Andrei Leon Gill, Sr.,**                                                                                      **Chapter 7**

         **Debtor.**

         **Bankruptcy No. 12-33419**

## ORDER

The debtor and the United States Trustee have entered into a Stipulation of Dismissal of Chapter 7 Case with Prejudice.   Based on the stipulation,

IT IS ORDERED:

1. The Stipulation of Dismissal with Prejudice is approved.

2. This case is dismissed.

3. The debtor shall not file another chapter 7 bankruptcy petition for one year following the entry of this order.

         */e/ Gregory F. Kishel*

Dated:  December 4, 2012.

Gregory F. Kishel
Chief United States Bankruptcy Judge

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on *12/04/2012*
Lori Vosejpka, Clerk, By JRB, Deputy Clerk